IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50890
Summary Calendar
_____

RAYMUNDO DE LA ROSA,

Petitioner-Appellant,

versus

GARY L. JOHNSON,
DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. P-96-CV-47
- - - - - - - - - -

September 4, 1998

Before KING, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Raymundo De La Rosa, Texas prisoner # 695424, appeals the district court's dismissal of his 28 U.S.C. § 2254 petition. De La Rosa argues that trial counsel was ineffective for failing to adequately investigate the facts relating to his case and to correct the trial judge's misstatement of the charge during his guilty plea hearing.

We have reviewed the record, the briefs of the parties, and

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

we find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>De La Rosa v. Johnson</u>, No. P-96-CV-47 (W.D. Tex. Sept. 24, 1997).

AFFIRMED.